United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 11-12937-elf
Joneen Walker                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2              Date Rcvd: Oct 25, 2016
                            Form ID: 138NEW         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2016.
```
db          +Joneen Walker,    6212 Callowhill Street,    Philadelphia, PA 19151-4102
cr           ECMC,   P.O. Box 75906,    St. Paul, MN  55175
cr          +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12484808    +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
12461801    +AES/PHEAA,    PO BOX 8183,    HARRISBURG, PA 17105-8183
12352767     American Education Service,    1210 N. Seventh Street,    Harrisburg, PA 17102
12525985    +Crescent Bank & Trust,    c/o Crescent Recovery, LLC,    Po Box 1097,    Chesapeake, VA 23327-1097
12352768    +Cresent Bank & Trust,    PO Box 1097,    Chesapealle, VA 23327-1097
12585254    +ECMC,    Lockbox 8682,    P.O. Box 16478,    St. Paul, MN 55116-0478
12360148    +Northstar Capital Acquisition,    170 Northpointe Pwky,    Suite 300,    Amherst, NY 14228-1992
12352770    +Pennsylvania Housing,    Finance Agency,    211 N. Front Street,    Harrisburg, PA 17101-1406
12352771     Progressive Car Insurance,    PO Box 31260,    Tampa, FL 33631-3260
12352772    +Water Revenue,    1401 JFK Blvd.,    Phialdelphia, PA 19102-1663
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Oct 26 2016 02:04:27     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 26 2016 02:04:11
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 26 2016 02:04:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12457526      +E-mail/Text: EBNProcessing@afni.com Oct 26 2016 02:04:18     Afni, Inc.,   PO BOX 3247,
               Bloomington, IL 61702-3247
12567915       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 26 2016 01:54:40
               CVF Consumer Acqusition Co its successors and,    assigns as assignee of NCO Group Inc,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12392659       E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 26 2016 02:04:20     DENOVUS CORPORATION LTD,
               c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
12352769      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2016 02:04:15     Midland Credit Management,
               8875 Aero Drive,    Suite 300,    San Diego, CA 92123-2255
12427124      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 26 2016 02:04:15     Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12592904      +E-mail/Text: blegal@phfa.org Oct 26 2016 02:04:17     PHFA,   211 North Front Street,
               Harrisburg, PA 17101-1466,    Attn: ALSV/Anne
12442622       E-mail/Text: ebn@vativrecovery.com Oct 26 2016 02:04:03     Palisades Collections, LLC,
               Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
               P.O. Box 40728,    Houston, TX 77240-0728
                                                                                             TOTAL: 10

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +AES/PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
```
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              DIANE E. BARR    on behalf of Debtor Joneen Walker barrdupree09@yahoo.com, dbarrcg@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, et
               al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: John                 Page 2 of 2              Date Rcvd: Oct 25, 2016
                                  Form ID: 138NEW            Total Noticed: 23


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               lhaller@pkh.com,    dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 8
```

Case 11-12937-elf    Doc 117    Filed 10/27/16    Entered 10/28/16 01:06:40    Desc
Imaged Certificate of Notice    Page 2 of 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Joneen Walker

        Debtor(s)

Bankruptcy No: 11−12937−elf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 10/25/16

116 − 113
Form 138_new