# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joneen Walker<br>　　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association as Trustee for PA Housing Finance Agency<br>　　　　　　Movant<br>　　vs.  | NO. 11-12937 ELF |
| Joneen Walker<br>　　　　　　Debtor | |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 14th day of November, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6212 Callowhill Street, Philadelphia, PA 19151 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**CHIEF U.S. BANKRUPTCY JUDGE**

Joneen Walker
6212 Callowhill Street
Philadelphia, PA 19151

Diane E. Barr Esq.
Two Bala Plaza, Suite 300 (VIA ECF)
Bala Cynwyd, PA 19004

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532