United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-12937-elf
Joneen Walker                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Nov 14, 2016
                               Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db         +Joneen Walker,   6212 Callowhill Street,    Philadelphia, PA 19151-4102
cr         +AES/PHEAA,   PO BOX 8147,    HARRISBURG, PA 17105-8147
cr          ECMC,   P.O. Box 75906,    St. Paul, MN 55175
cr         +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
12352770   +Pennsylvania Housing,   Finance Agency,    211 N. Front Street,   Harrisburg, PA 17101-1406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Nov 15 2016 02:51:54     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2016 02:51:26
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2016 02:51:42     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              DIANE E. BARR    on behalf of Debtor Joneen  Walker barrdupree09@yahoo.com, dbarrcg@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, et
               al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, as Trustee, et al...
               lhaller@pkh.com, dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joneen Walker<br>　　　　　Debtor | CHAPTER 13 |
| U.S. Bank National Association as Trustee for PA Housing Finance Agency<br>　　　　　Movant<br>　　vs.<br>Joneen Walker<br>　　　　　Debtor | NO. 11-12937 ELF |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Sections 362 |

### **ORDER**

AND NOW, this 14th day of November, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under 11 U.S.C. Section 362, is modified with respect to the subject premises located at 6212 Callowhill Street, Philadelphia, PA 19151 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　**ERIC L. FRANK
　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. BANKRUPTCY JUDGE**

Joneen Walker
6212 Callowhill Street
Philadelphia, PA 19151

Diane E. Barr Esq.
Two Bala Plaza, Suite 300 (VIA ECF)
Bala Cynwyd, PA 19004

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532