# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | JONEEN WALKER, | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 11-12937 ELF |
| | | : | |

## O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The hearing on the Debtor's Motion to Reopen Case is is **CONTINUED** to **April 18, 2017, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing to address the following issues:

   a. a more detailed explanation of the grounds for the motion;

   b. the failure to pay the filing fee for reopening a closed case.

**Date: April 4, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Joneen Walker
      6212 Callowhill Street
      Philadelphia, PA 19151