United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Joneen Walker
    Debtor

Case No. 11-12937-elf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Apr 05, 2017 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db     +Joneen Walker,   6212 Callowhill Street,   Philadelphia, PA 19151-4102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:

    ANN E. SWARTZ    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
     ecfmail@mwc-law.com,   ecfmail@mwc-law.com
    DIANE E. BARR    on behalf of Debtor Joneen  Walker barrdupree09@yahoo.com,   dbarrcg@aol.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al... bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
    LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
     lhaller@pkh.com,   dmaurer@pkh.com
    LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,   dmaurer@pkh.com
    THOMAS I. PULEO    on behalf of Creditor   U.S. Bank National Association, as Trustee, et al...
     tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
     philaecf@gmail.com
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
    TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **In re:** | **JONEEN WALKER,** | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 11-12937 ELF |
| | | : | |

# O R D E R

**AND NOW,** it is hereby **ORDERED** that:

1. The hearing on the Debtor's Motion to Reopen Case is is **CONTINUED** to **April 18, 2017, at 1:00 p.m. in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, Philadelphia, PA**.

2. Counsel for the Debtor **SHALL APPEAR** at the hearing to address the following issues:

   a. a more detailed explanation of the grounds for the motion;

   b. the failure to pay the filing fee for reopening a closed case.

Date: April 4, 2017

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

cc:   Joneen Walker
      6212 Callowhill Street
      Philadelphia, PA 19151