IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          : CHAPTER 13

**Joneen Walker**
            : BANKRUPTCY NO.: 13-13736


**PRAECIPE TO WITHDRAW MOTION TO REINSTATE CASE**

To The Clerk:

Please kindly withdraw the Motion to Reinstate the Case which was duly filed on March 10, 2017.


Date: April 17, 2017            /s Diane E. Barr_____
                            Diane E. Barr, Esquire